# IN THE SUPREME COURT OF THE STATE OF NEVADA

GERALDINE TRICE,
Appellant,
vs.
LIBERTY MUTUAL INSURANCE
COMPANY,
Respondent.

No. 74847

FILED

MAR 2 8 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order granting in part a motion to dismiss and allowing appellant 30 days to file a third amended complaint. Respondent has filed a motion to dismiss this appeal for lack of jurisdiction, asserting that the order challenged on appeal is not appealable as a final judgment.

We agree that the challenged order is not appealable as a final judgment under NRAP 3A(b)(1) because the order does not dismiss all of the causes of action in appellant's second amended complaint, see Lee v. GNLV Corp., 116 Nev. 424, 426, 996 P.2d 416, 417 (2000) (defining a final judgment), and grants appellant leave to file a third amended complaint, see Bergenfield v. BAC Home Loans Servicing, 131 Nev., Adv. Op. 68, 354 P.3d 1282, 1284 (2015) ("[A] district court order dismissing a complaint with leave to amend is not final and appealable."). Because it appears that no other statute or court rule allows an appeal from the challenged order, see Brown v. MHC Stagecoach, 129 Nev. 343, 345, 301 P.3d 850, 851 (2013) (this

SUPREME COURT
OF
NEVADA

(O) 1947A

18-11983

court may only consider appeals that are authorized by statute or court rule), we conclude that we lack jurisdiction and we

ORDER this appeal DISMISSED.

_____ Cherry _____, J.
Cherry

_____, J.
Parraguirre

_____ Stiglich _____, J.
Stiglich

cc:  Hon. Mark R. Denton, District Judge
     Geraldine Trice
     Foran Glennon Palandech Ponzi & Rudloff, PC
     Eighth District Court Clerk